

# New York City Police Department
## Omniform System - Arrests

RECORD CONTAINS SEALED INFORMATION.
THIS RECORD MAY NOT BE MADE AVAILABLE TO ANY PERSON
OR PUBLIC OR PRIVATE AGENCY OUTSIDE THE POLICE DEPARTMENT.

**RECORD STATUS: SEALED**  **Arrest ID: K23630428 - P**

**Arrest Location:** SOUTH EAST CORNER NEW LOTS AVENUE & WATKINS STREET   **Pct: 073**

| | | |
|---|---|---|
| **Arrest Date:** 06-15-2023 | **Processing Type:** ON LINE | **Current Location of Perpetrator:** |
| **Time:** 23:24:00 | **DCJS Fax Number:** KO024202 | **Borough:** Brooklyn |
| **Sector:** D | **Special Event Code:** NO - NOT APPLICABLE | **Type:** ALL PD LOCATIONS |
| **Strip Search Conducted:** NO | **DAT Number:** | **Location:** 067 PRECINCT |
| **Viper Initiated Arrest:** NO | **ICAD#** | |
| **Stop And Frisk:** YES | **Return Date:** 0000-00-00 | |
| **Serial #:** 2023-073-00182 | | |

**DAT Declined Reason(s):**
Known Criminal Absconder

**COMPLAINTS:**   **Arrest #: K23630428**

| COMPLAINT NUMBER | REPORT DATE | RECORD STATUS | OCCUR DATE | OCCUR TIME |
|---|---|---|---|---|
| 2023-073-06144 | 2023-06-15 | Valid, Initial Arrests made | 2023-06-15 | 23:20 |

| SEALED | SEALED |
|---|---|

**CHARGES:**   **Arrest #: K23630428**

| CHARGE | ATTEMPT? | LAW CODE | CLASS | TYPE | COUNTS | DESCRIPTION | LARCENY TYPE |
|---|---|---|---|---|---|---|---|
| TOP | No | PL 195.05 | M | A | 1 | OBSTRUCT GOVERNMENTL ADMIN-2ND | |
| #02 | No | VTL0401 01A | | I | 0 | 1 MV VIOL:OPER UNREGISTERED VEH | |
| #03 | No | VTL0509 01 | | I | 0 | 1 MV LICENSE VIOL:NO LICENSE | |
| #04 | No | VTL1202-A 1D | | I | 0 | 1 STOP OR STAND OR PARK VIOL | |

| How Arrest came about: | | # Injuries: 00 | # Fatalities: 00 | Test Given: | | | | Reason Vehicle Not Forfeit: |
|---|---|---|---|---|---|---|---|---|
| Blood Specimen Taken: | Blood Specimen Refused: | Urine Specimen Taken: | Urine Specimen Refused: | Oral Fluid Specimen Taken: | Oral Fluid Specimen Refused: | Breath Sample Refused: | Breath Sample Reading: | BrAC: 0.0 |
| Role: IDTU Technician | Department: NYPD | Tax: 0 | Command: | Shield: 0 | Rank: | Last Name: | First Name: | MI: / IDTU/Blood Case No: |
| Role: Point Person | Department: | Tax: | Command: | Shield: | Rank: | Last Name: | First Name: | MI: |
| Role: Supv in Charge of Checkpoint | Department: | Tax: | Command: | Shield: | Rank: | Last Name: | First Name: | MI: |

| SEALED | SEALED |
|---|---|

**DETAILS:**   **Arrest #: K23630428**

Was the defendant recording police-related activity at time of arrest?
NO

AT T/P/O DURING INVESTIGATIVE ENCOUNTER (2023-73-182) DEFT DID PREVENT OFFICERS FROM CONDUCTING EFFECTIVE STOP, DEFT WAS SEEN DRIVING ABOVE LISTED VEHICLE WHICH DEFT PARKED IN CROSSWALK, AND LEFT UNATTENTED.

| SEALED | SEALED |
|---|---|

**DEFENDANT: CAESAR, LLOYD**   **NYSID #: 00289002Y**   **Arrest #: K23630428**

| Field | Value |
|---|---|
| Nick/AKA/Maiden: | |
| Sex: | MALE |
| Race: | BLACK |
| Age: | 3 |
| Date Of Birth: | [redacted] |
| U.S. Citizen: | |
| Place Of Birth: | |
| Is this person not Proficient in English?: | NO |
| If Yes, Indicate Language: | |
| Accent: | NO |
| Identification ID: | None |
| Identification #: | |
| Physical Condition: | APPARENTLY NORMAL |
| Drug Used: | NONE |
| Height: | 5FT 10IN |
| Weight: | 195 |
| Eye Color: | BROWN |
| Hair Color: | BLACK |
| Hair Length: | BALD |
| Hair Style: | BALD |
| Skin Tone: | DARK |
| Complexion: | CLEAR |
| Soc.Security #: | |
| Occupation: | NONE |
| Lic/Permit Type: | |
| Lic/Permit No: | |
| Order Of Protection: | NO |
| Issuing Court: | |
| Docket #: | |
| Expiration Date: | |
| Relation to Victim: | NO RELATIONSHIP |
| Living together: | NO |
| Can be Identified: | YES |
| Veteran: | NO |
| Suspected Gang Member: | YES |
| Name: | OUTLAW |
| Reason for Suspected Gang Member Designation: | Colors, beads, clothing etc. associated with groups |

| LOCATION | ADDRESS | CITY | STATE/CNTRY | ZIP | APT/ROOM | PCT |
|---|---|---|---|---|---|---|
| HOME-PERMANENT | 891 MOTHER GASTON BOULEVARD | BROOKLYN | NEW YORK | | | 073 |

Phone # and E-Mail Address:
HOME: NONE
CELL: 929-821-9289
BUSINESS: NONE
E-MAIL: NONE

N.Y.C.H.A. Resident: NO   N.Y.C. Housing Employee: NO   On Duty: NO
Development:   N.Y.C. Transit Employee: NO

Physical Force: NONE

Gun:
Weapon Used/Possessed: NONE
Non-Firearm Weapon:
Other Weapon Description:
Make:
Color:
Caliber:
Type:
Discharged: NO
Recovered:
Serial Number Defaced:
Serial Number:

Used Transit System: NO
Station Entered:
Time Entered:
Metro Card Type:
Metro Card Used/Poses:
Card #:

| CRIME DATA | DETAILS |
|---|---|
| STATEMENTS MADE | N/A |
| METHOD OF FLIGHT | N/A |
| MODUS OPERANDI | UNKNOWN |
| ACTIONS TOWARD VICTIM | UNK |
| CLOTHING | ACCESSORIES - SWEAT / JOGGING CLOTHES - GRAY |
| CLOTHING | FOOTWEAR - SNEAKERS - GRAY |
| CLOTHING | OUTERWEAR - T-SHIRT OR TANK TOP - BLACK |
| CLOTHING | HEADGEAR - OTHER - GREEN |
| CHARACTERISTICS | UNKNOWN |
| BODY MARKS | -UNKNOWN |
| IMPERSONATION | UNKNOWN |

SEALED                                                                                                   SEALED

**JUVENILE DATA:**                                                              Arrest #: K23630428

Relative Notified:   Personal Recog:
Number Of Priors: 0   Name:
School Attending:   Phone Called:

| Mother's Maiden Name: | Time Notified: |
|---|---|

| SEALED | SEALED |
|---|---|

**ASSOCIATED ARRESTS:**   Arrest #: K23630428

ARREST ID   COMPLAINT #

| SEALED | SEALED |
|---|---|

### VEHICLE: # 1 of 1

VIN: WAUDT48H36K009845
Arrest #: K23630428

Vehicle Was: OTHER
Vehicle Stolen/Attempted Stolen From:
Invoice #:

**Vehicle**

- Plate(s):
- Number of Plates: 1
- License Plate #: DTX756
- State: HI
- Expires: 0000
- Type: MOTOR VEHICLE
- Ins. Code:
- Policy #:
- Year: 2006
- Make: AUDI
- Model: A4
- Style: SEDAN-2DR
- Color: WHITE

Recovered Prior To Alarm:
- Alarm #:
- Precinct: 000
- Date:
- Time:
- Transmitted By:

Vehicle Condition:
Held For Forfeiture: NO

| SEALED | SEALED |
|---|---|

**DEFENDANTS CALLS:**   Arrest #: K23630428

| CALL # | NUMBER DIALED | NAME - PROVIDED BY DEFENDANT | NAME AS LISTED IN CELL PHONE | RELATIONSHIP | CALL COMPLETED |
|---|---|---|---|---|---|
| 1 | - - | REFUSED,REFUSED | REFUSED | | NO |

| SEALED | SEALED |
|---|---|

**INVOICES:**   Arrest #: K23630428

INVOICE#   COMMAND   PROPERTY TYPE   VALUE

| SEALED | SEALED |
|---|---|

**ARREST RULES:**   Arrest #: K23630428

ORIGINAL ARREST PROCESSING TYP : O
OFFENCE DATE : 06/15/2023
AGE AT TIME OF OCCURRENCE : 33
AGE BAND : C_RTA_2019
JUV. OFFENDER CHARGE : , IS JUV .OFFENDER : FALSE
JUV. DELINQUENT CHARGE : , IS JUV.DELINQUENT : FALSE
JUV. ADOLESCENT CHARGE : , IS ADOLESCENT : FALSE

| SEALED | SEALED |
|---|---|

**ARRESTING OFFICER: POM DENNIS M DIAZ**   Arrest #: K23630428

- Tax Number: 966541
- Other ID (non-NYPD): 0
- Shield: 1270
- Department: NYPD
- Command: 067
- On Duty: YES
- In Uniform: YES
- Squad: NA
- Chart: 35
- Primary Assignment: ANTI-CRIME

**Force Used:** NO - No Force Used by any MOS
- Type:
- Reason:
- Officer Injured: NO
- Officer Body Worn Camera: YES
- TRI Number: 0000-000-00000 Suffix: 0

| SEALED | SEALED |
|---|---|

| Assisting Officer: PEREZ, CHRISTIA R | Department: NYPD | Command: 067 | Tax Number: 966266 | Other ID (non-NYPD): 0 | Body Worn Camera: YES | TRI Number: 0000-000-00000 Suffix: 0 | Force Used: NO - No Force Used by any MOS Type: Reason: |
|---|---|---|---|---|---|---|---|

| Arresting Officer Name: POM DIAZ, DENNIS M | Tax #: 966541 | Command: 067 | Agency: NYPD |
|---|---|---|---|

| Supervisor Approving: **LT MYRTHIL ALAN C** | Tax #: **932190** | Command: **067** | Agency: **NYPD** |
|---|---|---|---|
| Report Entered by: **POM DIAZ, DENNIS** | Tax #: **966541** | Command: **067** | Agency: **NYPD** |

**END OF ARREST REPORT**
**K23630428**