PC Date: _____
Prior CC Dates:_____
Current NOI Date:_____

At the City/TA Discovery Part of The Supreme Court of the State of New York, held in and for the County of Kings, at the Courthouse located at 360 Adams Street, Brooklyn New York on the  7th  day of ____August_____ 20__24___.

**PRESENT:**
HON.      Patria Frias-Colón

CAL. NO. _____

-------------------------------------------------------------------X
LLOYD CEASAR,

                                 Plaintiff(s),

      -against-


T H E   C I T Y   O F   N E W   Y O R K      Defendant(s)
-------------------------------------------------------------------X

**CITY/TA COMPLIANCE ORDER**

INDEX NO. __507714//2024_____

☐ ON DEFAULT
☒ ON CONSENT
☐ AFTER ORAL ARGUMENT

| The following papers number 1 to read on this motion | Papers Numbered |
|---|---|
| Notion of Motion-Order to Show Cause  Motion Sequence 1 | _____ |
| And Affidavits (Affirmations) Annexed | _____ |
| Answering Affidavits (Affirmation) | _____ |
| Reply Affidavit (Affirmation) | _____ |
| Affidavit (Affirmation) | _____ |
| Pleading-Exhibits | _____ |
| Stipulations–Minutes | _____ |
| Filed Papers | _____ |

IT IS HEREBY STIPULATED AND AGREED, by and between the Plaintiff and Defendants, through their undersigned counsel, that Plaintiff's Order to Show Cause, which is returnable on September 4, 2024, is hereby resolved, on consent of all parties, as follows:

1. Plaintiff is permitted to correct the date of arrest in the original NOTICE OF CLAIM from June 17, 2023 to June 15, 2023. No other changes are permitted.

IT IS FURTHER STIPULATED AND AGREED that a facsimile or photostatic copy of the signatures herein can be considered the same as an original for the purposes of this stipulation, and that this stipulation may be filed without further notice with the clerk of the court.

**Unjustified failure of any party to comply with the terms of this Order will result in sanctions.**

For Clerk's Use Only
MG____     Retracked:
MD_____     ☐ Standard
Motion Seq.#___     ☐ Complex

Dated: August 7, 2024

ENTER:

_____[signature]_____
Hon. Patria Frias-Colón .J.S.C.

| PRINT FIRM NAME | PRINT ATTORNEY NAME | | |
|---|---|---|---|
| ATTORNEY FIRM  Justin C Bonus Attonrey at Law | by  Justin Bonus | FOR PLAINTIFF(S)  Lloyd Ceasar  *Justin Bonus* | |
| ATTORNEY FIRM    Law Department | by    Heba Abdelaal | FOR DEFENDANT(S)    City of New York  [signature] | |
| ATTORNEY FIRM_____ | by_____ | FOR DEFENDANT(S)_____ | |
| ATTORNEY FIRM_____ | by_____ | FOR DEFENDANT(S)_____ | |

CDP Motion 10-2020