CRIMINAL COURT OF THE CITY OF NEW YORK
PART APAR COUNTY OF KINGS

THE PEOPLE OF THE STATE OF NEW YORK          STATE OF NEW YORK
                                             COUNTY OF KINGS
        V.

LLOYD CAESAR

DETECTIVE PETER MORALES SHIELD NO. 1467, OF 287 COMMAND SAYS THAT ON OR ABOUT OCTOBER 13, 2023 AT APPROXIMATELY 09:29 PM AT IN FRONT OF 1271 RALPH AVENUE COUNTY OF KINGS, STATE OF NEW YORK,

THE DEFENDANT COMMITTED THE OFFENSE(S) OF:

| Statute | Offense |
|---|---|
| PL 265.03(1)(B) | CRIMINAL POSSESSION OF A WEAPON IN THE SECOND DEGREE (DQO) |
| PL 265.03(3) | CRIMINAL POSSESSION OF A WEAPON IN THE SECOND DEGREE (DQO) |
| PL 120.25 | RECKLESS ENDANGERMENT IN THE FIRST DEGREE |
| PL 265.02(1) | CRIMINAL POSSESSION OF A WEAPON IN THE THIRD DEGREE (DQO) |
| PL 265.02(8) | CRIMINAL POSSESSION OF A WEAPON IN THE THIRD DEGREE (DQO) |
| PL 265.01-B(1) | CRIMINAL POSSESSION OF A FIREARM (DQO) |
| PL 120.20 | RECKLESS ENDANGERMENT IN THE SECOND DEGREE (DQO) |
| PL 265.01(1) | CRIMINAL POSSESSION OF A WEAPON IN THE FOURTH DEGREE |
| AC 10-131(I)(3) | POSSESSION OF PISTOL AMMUNITION |

IN THAT THE DEFENDANT DID:

NOT BEING AUTHORIZED TO POSSESS A PISTOL OR REVOLVER WITHIN THE CITY OF NEW YORK, POSSESS PISTOL OR REVOLVER AMMUNITION; RECKLESSLY ENGAGE IN CONDUCT WHICH CREATED A SUBSTANTIAL RISK OF SERIOUS PHYSICAL INJURY TO ANOTHER PERSON; UNDER CIRCUMSTANCES EVINCING A DEPRAVED INDIFFERENCE TO HUMAN LIFE, RECKLESSLY ENGAGE IN CONDUCT WHICH CREATED A GRAVE RISK OF DEATH TO ANOTHER PERSON; POSSESS ANY FIREARM, ELECTRONIC DART GUN, ELECTRONIC STUN GUN, SWITCHBLADE KNIFE, PILUM BALLISTIC KNIFE, METAL KNUCKLE KNIFE, CANE SWORD, BILLY, BLACKJACK, BLUDGEON, PLASTIC KNUCKLES, METAL KNUCKLES, CHUKA STICK, SAND BAG, SANDCLUB, WRIST-BRACE TYPE SLINGSHOT OR SLUNGSHOT, SHIRKEN OR KUNG FU STAR; POSSESS ANY FIREARM;; COMMIT THE CRIME OF CRIMINAL POSSESSION OF A WEAPON IN THE FOURTH DEGREE AS DEFINED IN SUBDIVISION ONE, TWO, THREE OR FIVE OF PENAL LAW SECTION 265.01, AND HAD BEEN PREVIOUSLY CONVICTED OF ANY CRIME; POSSESS A LARGE CAPACITY AMMUNITION FEEDING DEVICE; WITH INTENT TO USE UNLAWFULLY AGAINST ANOTHER, POSSESS A LOADED FIREARM; POSSESS ANY LOADED FIREARM AND THAT SUCH POSSESSION DID NOT TAKE PLACE IN DEFENDANT'S HOME OR PLACE OF BUSINESS;.

THE SOURCE OF DEPONENT'S INFORMATION AND THE GROUNDS FOR DEPONENT'S BELIEF ARE AS FOLLOWS:

THE DEPONENT STATES THAT THE DEPONENT OBSERVED VIDEO SURVEILLANCE FOOTAGE OF THE ABOVE TIME AND PLACE, A PUBLIC SIDEWALK, AND THAT SAID FOOTAGE DEPICTS THE DEFENDANT BRANDISHING AND FIRING WHAT APPEARED TO BE A FIREARM AT AN UNKNOWN INDIVIDUAL.

THE DEPONENT FURTHER STATES THAT THE NEW YORK CITY POLICE DEPARTMENT RECOVERED APPROXIMATELY FOURTEEN (14) 9 MILLIMETER SHELL CASINGS AND TWO (2) FIRED BULLETS AT THE ABOVE PLACE SUBSEQUENT TO THE ABOVE TIME.

THE DEPONENT IS INFORMED BY A PERSON KNOWN TO THE NEW YORK CITY POLICE DEPARTMENT THAT THE INFORMANT IS THE CUSTODIAN OF THE ABOVE-MENTIONED VIDEO SURVEILLANCE FOOTAGE AND THAT SAID FOOTAGE IS KEPT IN THE COURSE OF DAILY BUSINESS AND WAS IN PROPER AND WORKING CONDITION AT THE ABOVE TIME AND PLACE.

THE DEPONENT IS INFORMED BY THE OFFICIAL RECORDS OF THE NEW YORK CITY POLICE DEPARTMENT THAT DEFENDANT WAS CONVICTED OF PENAL LAW 160.10 (1) ON 07/13/2011, UNDER DOCKET NUMBER 02962-2011, IN KINGS COUNTY SUPREME COURT.

THE DEPONENT IS FURTHER INFORMED BY THE OFFICIAL RECORDS OF THE NEW YORK CITY POLICE DEPARTMENT DEFENDANT DOES NOT HAVE A PISTOL LICENSE NOR IS DEFENDANT A LICENSED RIFLE OR SHOTGUN DEALER.

FALSE STATEMENTS MADE IN THIS DOCUMENT ARE PUNISHABLE AS A CLASS A MISDEMEANOR PURSUANT TO SECTION 210.45 OF THE PENAL LAW.

12/28/23
DATE                SIGNATURE

Printed 12/28/2023 21:25    K23666021    Arrested: 12/28/2023 12:00