CRIMINAL COURT OF THE CITY OF NEW YORK
PART APAR COUNTY OF KINGS

---

THE PEOPLE OF THE STATE OF NEW YORK

STATE OF NEW YORK
COUNTY OF KINGS

V.

LLOYD CAESAR

---

POLICE OFFICER DOMINEEK J WASHINGTON SHIELD NO.28848, OF 073 COMMAND, SAYS THAT ON OR ABOUT APRIL 13,2024 AT APPROXIMATELY 6:35 PM AT 44 NEW LOTS AVENUE, COUNTY OF KINGS, STATE OF NEW YORK,

THE DEFENDANT COMMITTED THE OFFENSE(S) OF:

| | |
|---|---|
| PL 195.05 | OBSTRUCTING GOVERNMENTAL ADMINISTRATION IN THE SECOND DEGREE |
| PL 240.20(1) | DISORDERLY CONDUCT |
| AC 10-133(B) | POSSESSION OF KNIVES OR INSTRUMENTS WITH WITH A BLADE OF FOUR INCHES OR MORE |

IN THAT THE DEFENDANT DID:

CARRY ON HIS OR HER PERSON OR HAVE IN SUCH PERSON'S POSSESSION, IN ANY PUBLIC PLACE, STREET OR PARK ANY KNIFE WHICH HAD A BLADE LENGTH OF FOUR INCHES OR MORE; INTENTIONALLY OBSTRUCT, IMPAIR OR PERVERT THE ADMINISTRATION OF LAW OR OTHER GOVERNMENTAL FUNCTION OR PREVENT OR ATTEMPT TO PREVENT A PUBLIC SERVANT FROM PERFORMING AN OFFICIAL FUNCTION, BY MEANS OF INTIMIDATION, PHYSICAL FORCE OR INTERFERENCE, OR BY MEANS OF ANY INDEPENDENTLY UNLAWFUL ACT, OR BY MEANS OF INTERFERING, WHETHER OR NOT PHYSICAL FORCE IS INVOLVED, WITH RADIO, TELEPHONE, TELEVISION OR OTHER TELECOMMUNICATIONS SYSTEMS OWNED OR OPERATED BY THE STATE, OR A COUNTY, CITY, TOWN, VILLAGE, FIRE DISTRICT OR EMERGENCY MEDICAL SERVICE OR BY MEANS OF RELEASING A DANGEROUS ANIMAL UNDER CIRCUMSTANCES EVINCING THE DEFENDANT'S INTENT THAT THE ANIMAL OBSTRUCT GOVERNMENTAL ADMINISTRATION; WITH INTENT TO CAUSE PUBLIC INCONVENIENCE, ANNOYANCE OR ALARM, OR RECKLESSLY CREATING A RISK THEREOF, ENGAGE IN FIGHTING OR IN VIOLENT, TUMULTUOUS OR THREATENING BEHAVIOR.

THE SOURCE OF DEPONENT'S INFORMATION AND THE GROUNDS FOR DEPONENT'S BELIEF ARE AS FOLLOWS:

THE DEPONENT STATES, THAT, AT THE ABOVE TIME AND PLACE, WHILE THE DEPONENT AND OTHER OFFICERS WERE CONDUCTING AN OFFICIAL POLICE INVESTIGATION, THE DEPONENT OBSERVED THE DEFENDANT TENSE AND FLAIL DEFENDANT'S ARMS WHILE THE DEPONENT AND OTHER OFFICERS ATTEMPTED TO SEARCH AND THEN HANDCUFF THE DEFENDANT.

THE DEPONENT FURTHER STATES THAT THE DEPONENT OBSERVED THE DEFENDANT STATE TO POLICE OFFICER STAHURSKI, IN SUM AND SUBSTANCE, SUCK MY DICK.

THE DEPONENT FURTHER STATES THAT DEPONENT RECOVERED A KNIFE WITH A BLADE LONGER THAN FOUR INCHES FROM THE DEFENDANT.

FALSE STATEMENTS MADE IN THIS DOCUMENT ARE PUNISHABLE AS A CLASS A MISDEMEANOR PURSUANT TO SECTION 210.45 OF THE PENAL LAW.

_4/14/24_
DATE             SIGNATURE



CR-015368-24KN