

# New York City Police Department
## Omniform System - Arrests

RECORD CONTAINS SEALED INFORMATION.
THIS RECORD MAY NOT BE MADE AVAILABLE TO ANY PERSON
OR PUBLIC OR PRIVATE AGENCY OUTSIDE THE POLICE DEPARTMENT.

| | |
|---|---|
| *RECORD STATUS: SEALED* | Arrest ID: K23630428 - P |
| Arrest Location: SOUTH EAST CORNER NEW LOTS AVENUE & WATKINS STREET | Pct: 073 |

**Arrest Date: 06-15-2023**
**Time: 23:24:00**

Processing Type: **ON LINE**
DCJS Fax Number: **KO024202**

Current Location of Perpetrator:

Sector: **D**
Strip Search Conducted: **NO**
Viper Initiated Arrest: **NO**
Stop And Frisk: **YES**
Serial #: **2023-073-00182**

Special Event Code: **NO - NOT APPLICABLE**
DAT Number:
ICAD#
Return Date: **0000-00-00**

Borough: **Brooklyn**
Type: **ALL PD LOCATIONS**
Location: **067 PRECINCT**

**DAT Declined Reason(s):**

Known Criminal Absconder

**COMPLAINTS:**    Arrest #: **K23630428**

| COMPLAINT NUMBER | REPORT DATE | RECORD STATUS | OCCUR DATE | OCCUR TIME |
|---|---|---|---|---|
| 2023-073-06144 | 2023-06-15 | Valid, Initial Arrests made | 2023-06-15 | 23:20 |

| SEALED | SEALED |
|---|---|

**CHARGES:**    Arrest #: **K23630428**

| CHARGE | ATTEMPT? | LAW CODE | CLASS | TYPE | COUNTS | DESCRIPTION | LARCENY TYPE |
|---|---|---|---|---|---|---|---|
| TOP | No | PL 195.05 | M | A | 1 | OBSTRUCT GOVERNMENTL ADMIN-2ND | |
| #02 | No | VTL0401 01A | I | | 0 | 1 MV VIOL:OPER UNREGISTERED VEH | |
| #03 | No | VTL0509 01 | I | | 0 | 1 MV LICENSE VIOL:NO LICENSE | |
| #04 | No | VTL1202-A 1D | I | | 0 | 1 STOP OR STAND OR PARK VIOL | |

| How Arrest came about: | # Injuries: 00 | # Fatalities: 00 | Test Given: | | Reason Vehicle Not Forfeit: | |
|---|---|---|---|---|---|---|
| Blood Specimen Taken: | Blood Specimen Refused: | Urine Specimen Taken: | Urine Specimen Refused: | Oral Fluid Specimen Taken: | Oral Fluid Specimen Refused: | Breath Sample Refused: | Breath Sample Reading: | BrAC: 0.0 |
| Role: IDTU Technician | Department: NYPD | Tax: 0 | Command: | Shield: 0 | Rank: | Last Name: | First Name: | MI: | IDTU/Blood Case No: |
| Role: Point Person | Department: | Tax: | Command: | Shield: | Rank: | Last Name: | First Name: | MI: |
| Role: Supv in Charge of Checkpoint | Department: | Tax: | Command: | Shield: | Rank: | Last Name: | First Name: | MI: |

| SEALED | SEALED |
|---|---|

**DETAILS:**    Arrest #: **K23630428**

Was the defendant recording police-related activity at time of arrest?
NO

AT T/P/O DURING INVESTIGATIVE ENCOUNTER (2023-73-182) DEFT DID PREVENT OFFICERS FROM CONDUCTING EFFICTIVE STOP, DEFT WAS SEEN DRIVING ABOVE LISTED VEHICLE WHICH DEFT PARKED IN CROSSWALK, AND LEFT UNATTENTED.

| SEALED | SEALED |
|---|---|

*DEFENDANT:* **CAESAR, LLOYD**    NYSID #: **00289002Y**    Arrest #: **K23630428**

| | | | |
|---|---|---|---|
| Nick/AKA/Maiden: | | Height: **5FT 10IN** | Order Of Protection: **NO** |
| Sex: **MALE** | | Weight: **195** | Issuing Court: |
| Race: **BLACK** | | Eye Color: **BROWN** | Docket #: |
| Age: **3** | | Hair Color: **BLACK** | Expiration Date: |
| Date Of Birth: ▇▇▇ | | Hair Length: **BALD** | Relation to Victim: **NO RELATIONSHIP** |
| U.S. Citizen: | | Hair Style: **BALD** | Living together: **NO** |
| Place Of Birth: | | Skin Tone: **DARK** | Can be Identified: **YES** |
| Is this person not Proficient in English?: **NO** | | Complexion: **CLEAR** | Veteran: **NO** |
| If Yes, Indicate Language: | | | |
| Accent: **NO** | | Soc.Security #: | |
| | | Occupation: **NONE** | Suspected Gang Member: **YES** |
| Identification ID: **None** | | | Name: **OUTLAW** |
| Identification #: | | | Reason for Suspected Gang Member - **Colors, beads, clothing etc. associated** |
| Physical Condition: **APPARENTLY NORMAL** | | Lic/Permit Type: | Designation: **with groups** |
| Drug Used: **NONE** | | Lic/Permit No: | |

| LOCATION | ADDRESS | CITY | STATE/CNTRY | ZIP | APT/ROOM | PCT |
|---|---|---|---|---|---|---|
| HOME-PERMANENT | 891 MOTHER GASTON BOULEVARD | BROOKLYN | NEW YORK | | | 073 |

Phone # and E-Mail Address:
**HOME: NONE**
**CELL: 929-821-9289**
**BUSINESS:NONE**
**E-MAIL: NONE**

N.Y.C.H.A. Resident: **NO**  N.Y.C. Housing Employee: **NO**  On Duty: **NO**
Development:        N.Y.C. Transit Employee: **NO**

**Physical Force:NONE**

| | | |
|---|---|---|
| Gun: | | |
| Weapon Used/Possessed: **NONE** | Make: | Recovered: |
| Non-Firearm Weapon: | Color: | Serial Number Defaced: |
| Other Weapon Description: | Caliber: | Serial Number: |
| | Type: | |
| | Discharged: **NO** | |

Used Transit System: **NO**
Station Entered:
Time Entered:
Metro Card Type:
Metro Card Used/Poses:
Card #:

| CRIME DATA | DETAILS |
|---|---|
| STATEMENTS MADE | N/A |
| METHOD OF FLIGHT | N/A |
| MODUS OPERANDI | UNKNOWN |
| ACTIONS TOWARD VICTIM | UNK |
| CLOTHING | ACCESSORIES - SWEAT / JOGGING CLOTHES - GRAY |
| CLOTHING | FOOTWEAR - SNEAKERS - GRAY |
| CLOTHING | OUTERWEAR - T-SHIRT OR TANK TOP - BLACK |
| CLOTHING | HEADGEAR - OTHER - GREEN |
| CHARACTERISTICS | UNKNOWN |
| BODY MARKS | -UNKNOWN |
| IMPERSONATION | UNKNOWN |

SEALED                                                                    SEALED

**JUVENILE DATA:**                                              Arrest #: **K23630428**

Relative Notified:  Personal Recog:
Number Of Priors: **0**        Name:
School Attending:        Phone Called:

| Mother's Maiden Name: | Time Notified: |
|---|---|

| SEALED | SEALED |
|---|---|

## ASSOCIATED ARRESTS: Arrest #: K23630428

| ARREST ID | COMPLAINT # |
|---|---|

| SEALED | SEALED |
|---|---|

### VEHICLE: # 1 of 1

**VIN:** WAUDT48H36K009845

**Arrest #:** K23630428

| Vehicle Was: OTHER | Vehicle Stolen/Attempted Stolen From: | Invoice #: |
|---|---|---|

**Vehicle**

Plate(s):
Number of Plates: **1**          Year: **2006**
License Plate #: **DTX756**      Make: **AUDI**
State: **HI**                    Model: **A4**
Expires: **0000**                Style: **SEDAN-2DR**
Type: **MOTOR VEHICLE**  Color: **WHITE**

Ins. Code:
Policy #:

Recovered Prior To Alarm:
Alarm #:
Precinct: **000**
Date:
Time:
Transmitted By:

| Vehicle Condition: | Held For Forfeiture: NO |
|---|---|

| SEALED | SEALED |
|---|---|

## DEFENDANTS CALLS: Arrest #: K23630428

| CALL # | NUMBER DIALED | NAME - PROVIDED BY DEFENDANT | NAME AS LISTED IN CELL PHONE | RELATIONSHIP | CALL COMPLETED |
|---|---|---|---|---|---|
| 1 | - - | REFUSED,REFUSED | REFUSED | | NO |

| SEALED | SEALED |
|---|---|

## INVOICES: Arrest #: K23630428

| INVOICE# | COMMAND | PROPERTY TYPE | VALUE |
|---|---|---|---|

| SEALED | SEALED |
|---|---|

## ARREST RULES: Arrest #: K23630428

ORIGINAL ARREST PROCESSING TYP : O
OFFENCE DATE : 06/15/2023
AGE AT TIME OF OCCURRENCE : 33
AGE BAND : C_RTA_2019
JUV. OFFENDER CHARGE : , IS JUV .OFFENDER : FALSE
JUV. DELINQUENT CHARGE : , IS JUV.DELINQUENT : FALSE
JUV. ADOLESCENT CHARGE : , IS ADOLESCENT : FALSE

| SEALED | SEALED |
|---|---|

## ARRESTING OFFICER: POM DENNIS M DIAZ

**Arrest #:** K23630428

Tax Number: **966541**          On Duty: **YES**
Other ID (non-NYPD): **0**      In Uniform: **YES**
Shield: **1270**                Squad: **NA**
Department: **NYPD**            Chart: **35**
Command: **067**    Primary Assignment: **ANTI-CRIME**

**Force Used:** NO - No Force Used by any MOS
Type:
Reason:
Officer Injured: **NO**
Officer Body Worn Camera: **YES**
TRI **Number:** 0000-000-00000 Suffix: **0**

| SEALED | SEALED |
|---|---|

| Assisting Officer: PEREZ, CHRISTIA R | Department: NYPD | Command: 067 | Tax Number: 966266 | Other ID (non-NYPD): 0 | Body Worn Camera: YES | TRI Number: 0000-000-00000 Suffix: 0 | Force Used: NO - No Force Used by any MOS Type: Reason: |
|---|---|---|---|---|---|---|---|

| Arresting Officer Name: POM DIAZ, DENNIS M | | Tax #: 966541 | Command: 067 | Agency: NYPD |
|---|---|---|---|---|

| Supervisor Approving:<br>**LT MYRTHIL ALAN C** | Tax #:<br>**932190** | Command:<br>**067** | Agency:<br>**NYPD** |
|---|---|---|---|
| Report Entered by:<br>**POM DIAZ, DENNIS** | Tax #:<br>**966541** | Command:<br>**067** | Agency:<br>**NYPD** |

**END OF ARREST REPORT**
**K23630428**