```
                    CRIMINAL COURT OF THE CITY OF NEW YORK
                         PART APAR COUNTY OF KINGS
```

_____                    STATE OF NEW YORK
THE PEOPLE OF THE STATE OF NEW YORK                         COUNTY OF KINGS

       V

LLOYD   CAESAR
_____

POLICE OFFICER AHMED A ALMELAIKI SHIELD NO.24485, OF 073 COMMAND SAYS THAT ON OR ABOUT DECEMBER 27,2023 AT APPROXIMATELY 06:02 PM AT 879 STONE AVENUE COUNTY OF KINGS, STATE OF NEW YORK,

THE DEFENDANT COMMITTED THE OFFENSE(S) OF:

| | |
|---|---|
| PL 120.14(1) | MENACING IN THE SECOND DEGREE (DQO) |
| PL 265.01(2) | CRIMINAL POSSESSION OF A WEAPON IN THE FOURTH DEGREE |
| PL 240.26(1) | HARASSMENT IN THE SECOND DEGREE |

IN THAT THE DEFENDANT DID:

INTENTIONALLY PLACE OR ATTEMPT TO PLACE ANOTHER PERSON IN REASONABLE FEAR OF PHYSICAL INJURY, SERIOUS PHYSICAL INJURY OR DEATH BY DISPLAYING A DEADLY WEAPON, DANGEROUS INSTRUMENT OR WHAT APPEARED TO BE A PISTOL, REVOLVER, RIFLE, SHOTGUN, MACHINE GUN OR OTHER FIREARM; WITH INTENT TO HARASS, ANNOY OR ALARM ANOTHER PERSON, STRIKE, SHOVE, KICK OR OTHERWISE SUBJECT SUCH OTHER PERSON TO PHYSICAL CONTACT, OR ATTEMPT OR THREATEN TO DO THE SAME; POSSESS ANY DAGGER, DANGEROUS KNIFE, DIRK, MACHETE, RAZOR, STILETTO, IMITATION PISTOL, OR ANY OTHER DANGEROUS OR DEADLY INSTRUMENT OR WEAPON WITH INTENT TO USE THE SAME UNLAWFULLY AGAINST ANOTHER.

THE SOURCE OF DEPONENT'S INFORMATION AND THE GROUNDS FOR DEPONENT'S BELIEF ARE AS FOLLOWS:

DEPONENT IS INFORMED BY GEORGE ADMONDS THAT, AT THE ABOVE TIME AND PLACE, THE DEFENDANT DID STATE TO INFORMANT, IN SUM AND SUBSTANCE, GO TO THE STORE, AND DID DISPLAY WHAT APPEARED TO BE A FIREARM.

THE DEPONENT IS FURTHER INFORMED BY THE INFORMANT THAT THE ABOVE DESCRIBED ACTIONS CAUSED INFORMANT TO FEAR PHYSICAL INJURY AND TO BECOME ALARMED AND ANNOYED.

                        FALSE STATEMENTS MADE IN THIS DOCUMENT ARE
                        PUNISHABLE AS A CLASS A MISDEMEANOR PURSUANT
                        TO SECTION 210.45 OF THE PENAL LAW.

12/28/23 _____
DATE                    SIGNATURE