Certificate #: U-000086595-N

Page 1 of 2



# KINGS CRIMINAL COURT
120 Schermerhorn St., Brooklyn, NY 11201
Phone: (646) 386-4500  Fax: (718) 643-7733

Court ORI: NY023033J

**NO FEE**
Non-Public Version

The People of the State of New York

vs.

**Caesar Lloyd**

*pursuant to Section 160.50 of the CPL*

**SEALED**

**Certificate of Disposition**
Docket Number: CR-009834-24KN

CJTN:
NYSID: 

Defendant DOB: [REDACTED]

Arrest Date: 03/06/2024    Arraignment Date: 03/08/2024

THIS IS TO CERTIFY that the undersigned has examined the files of the **Kings Criminal Court** concerning the above entitled matter and finds the following:

| Count # | Charge | Charge Weight | Disposition | Disposition Date |
|---|---|---|---|---|
| 1 | VTL 1225 I Avoiding Intersection/Light **SEALED 160.50** | I | Dismissed (Speedy Trial (CPL 170.30 (1)(e)), Sealed 160.50) | 06/05/2024 |
| 2 | VTL 1229-C 01 A I Back Pass<Age 4-Seat Violation **SEALED 160.50** | I | Dismissed (Speedy Trial (CPL 170.30 (1)(e)), Sealed 160.50) | 06/05/2024 |
| 3 | VTL 0375 02A I Equip Viol:No Head Lights **SEALED 160.50** | I | Dismissed (Speedy Trial (CPL 170.30 (1)(e)), Sealed 160.50) | 06/05/2024 |
| 4 | PL 165.40 AM Crim Possession Stoln Prop-5th **SEALED 160.50** | AM | Dismissed (Speedy Trial (CPL 170.30 (1)(e)), Sealed 160.50) | 06/05/2024 |
| 5 | VTL 0511 01A UM Aggravated Unlic Oper Veh-3rd **SEALED 160.50** | UM | Dismissed (Speedy Trial (CPL 170.30 (1)(e)), Sealed 160.50) | 06/05/2024 |
| 6 | VTL 0511 02A4 UM Agg Unlic Oper-2nd:3>Suspensns **SEALED 160.50** | UM | Dismissed (Speedy Trial (CPL 170.30 (1)(e)), Sealed 160.50) | 06/05/2024 |
| 7 | VTL 1211 0A I Unsafe Backing Of Vehicle **SEALED 160.50** | I | Dismissed (Speedy Trial (CPL 170.30 (1)(e)), Sealed 160.50) | 06/05/2024 |
| 8 | VTL 0509 01 I MV License Viol:No License **SEALED 160.50** | I | Dismissed (Speedy Trial (CPL 170.30 (1)(e)), Sealed 160.50) | 06/05/2024 |

Charge Weight Key: I=Infraction; V=Violation; AM, BM=Class Misdemeanor; UM=Unclassified Misdemeanor; AF, BF, CF, DF, EF=Class Felony

Dated: **August 1, 2024**

Chief Clerk/Clerk of the Court

**CAUTION: THIS DOCUMENT IS NOT OFFICIAL UNLESS EMBOSSED WITH THE COURT SEAL**

All marijuana convictions under PL 221.05, PL 221.10, PL 221.15, PL 221.20, PL 221.35 or PL 221.40 —including any appearing on this certificate of disposition— are vacated, dismissed, sealed, and expunged. It is an unlawful discriminatory practice for any entity to make any inquiry about such an expunged conviction or to use such an expunged conviction adversely against an individual in any form of application or otherwise—unless specifically required or permitted to do so by statute. It shall be an unlawful discriminatory practice, unless specifically required or permitted by statute, for any person, agency, bureau, corporation or association, including the state and any political subdivision thereof, to make any inquiry about, whether in any form of application or otherwise, or to act upon adversely to the individual involved, any arrest or criminal accusation of such individual not then pending against that individual which was followed by a termination of that criminal action or proceeding in favor of such individual, as defined in subdivision two of section 160.50 of the criminal procedure law, or by an order adjourning the criminal action in contemplation of dismissal, pursuant to section 170.55, 170.56, 210.46, 210.47, or 215.10 of the criminal procedure law, or by a youthful offender adjudication, as defined in subdivision one of section 720.35 of the criminal procedure law, or by a conviction for a violation sealed pursuant to section 160.55 of the criminal procedure law or by a conviction which is sealed pursuant to section 160.59 or 160.58 of the criminal procedure law, in connection with the licensing, housing, employment, including volunteer positions, or providing of credit or insurance to such individual; provided, further, that no person shall be required to divulge information pertaining to any arrest or criminal accusation of such individual not then pending against that individual which was followed by a termination of that criminal action or proceeding in favor of such individual, as defined in subdivision two of section 160.50 of the criminal procedure law, or by an order adjourning the criminal action in contemplation of dismissal, pursuant to section 170.55 or 170.56, 210.46, 210.47 or 215.10 of the criminal procedure law, or by a youthful offender adjudication, as